**Opinion issued May 4, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00276-CR

————————————

**TRANMONTE DOUGLAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 22nd District Court**
**Hays County, Texas**
**Trial Court Case No. CR-15-0158**

---

## MEMORANDUM OPINION

A jury found appellant, Tranmonte Douglas, guilty of the second-degree felony offense of indeceny with a child by sexual contact and assessed punishment at thirty months' confinement.[1]  The trial court imposed appellant's sentence on

---

[1]  See TEX. PENAL CODE ANN. §§ 12.33(a), 21.11(a)(1), (d) (West 2009).

March 17, 2017.  Appellant timely filed a notice of appeal.[2]  On April 10, 2017, appellant filed a motion for new trial.

On April 21, 2017, the district clerk filed an "Appeal Status Notice Re: Clerk's Record" in this Court attaching an order, signed by the trial court on April 12, 2017, granting the State's agreed motion for new trial.  The granting of a motion for new trial restores the case to its position before the former trial and renders this appeal moot.  *See* TEX. R. APP. P. 21.9(b).  Because there is no longer an appealable judgment of conviction, we have no jurisdiction over this appeal.  *See Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.).

Accordingly, we dismiss this appeal for want of jurisdiction.  *See* TEX. R. APP. P. 43.2(f).  We dismiss all pending motions as moot.

We direct the Clerk of this Court to issue the mandate within ten days of the date of this opinion.  *See* TEX. R. APP. P. 18.1(c).

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Brown.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[2]  Pursuant to its docket equalization authority, the Texas Supreme Court ordered this appeal, among others, transferred from the Third Court of Appeals to this Court. *See* Misc. Docket No. 17–9035 (Tex. Mar. 28, 2017); *see also* TEX. GOV'T CODE ANN. § 73.001 (West 2013) (authorizing transfer of cases).  Although the notice of appeal, filed on March 16, 2017, listed the 428th District Court, the district clerk's information sheet listed the 22nd District Court.